```
1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | No. 2:06-CV-02704-MCE-DAD |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| JACK IN THE BOX INC. dba JACK IN THE BOX 594, et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii)(a), and a Settlement Agreement and Release between plaintiff, Tony Martinez, and defendants, Jack in the Box Inc. Dba Jack in the Box 594; Kit Fong Loeng, Co-Trustee of Trust A and Trust D and Trust E of the Marshall Mok Leong and Kit Fong Leong Revocable Trust of 1984 U/T/D 9/17/1984; Vincent Leong, Co-Trustee of Trust A and Trust D of the Marshall Mok Leong and Kit Leong Revocable Trust of 1984 U/T/D 9/17/1984;

///

///

Janet Malan, Co-Trustee of Trust A and Trust D of the Marshall Mok Leong and Kit Leong Revocable Trust of 1984 U/T/D 9/17/1984, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: May 16, 2007                DISABLED ADVOCACY GROUP, APLC
                                    /s/ Lynn Hubbard, III
                                   _____
                                   LYNN HUBBARD, III
                                   Attorney for Plaintiff

Dated: May 14, 2007                ACHERMAN AND KEVORKIAN
                                    /s/ Kevin Kevorkian
                                   _____
                                   KEVIN KEVORKIAN
                                   Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Complaint of Plaintiff, Case No. 2:06-cv-02704-MCE-DAD, is hereby dismissed with prejudice.

Dated: May 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE